UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-23570-BB

MANUEL RODRIGUEZ and
MERCEDES RODRIGUEZ, his spouse,

    Plaintiffs,

vs.

TARGET CORPORATION,

    Defendant.
_____/

### STIPULATION FOR AGREED CONFIDENTIALITY ORDER

The parties, by their undersigned counsel, hereby stipulate to the entry of the attached Agreed Confidentiality Order.

Dated this 25th day of September, 2020.

| | |
|---|---|
| Bowman and Brooke, LLP | Goldfarb Law, P.A. |
| Counsel for Defendant | Counsel for Plaintiff |
| Two Alhambra Plaza, Suite 800 | 2800 Ponce de Leon Blvd. |
| Coral Gables, Florida 33134 | Suite 1100 |
| Phone: (305) 995-5600 | Coral Gables, FL  33134 |
| Fax: (305) 995-6100 | Ph: (305) 433-3200 |
| | |
| By: _/s/ Shawn Libman_ | By: _/s/Michael A. Goldfarb_ |
|     Charles P. Flick, Esq. |     Michael A. Goldfarb, Esq. |
|     FBN: 253324 |     FBN: 102639 |
|     Shawn Libman, Esq. | |
|     FBN: 10544 | and |
| | |
| | Alan Goldfarb, Esq. |
| | FBN: 14629 |
| | Law Offices of Alan Goldfarb, P.A. |
| | 100  S.E. 2nd Street, Suite 4500 |
| | Miami, FL  33131 |

23188542v1