UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-23570-BB

MANUEL RODRIGUEZ,

and MERCEDES RODRIGUEZ, his spouse,

    Plaintiffs,

vs.

TARGET CORPORATION,

a Foreign Profit Corporation,

    Defendant.

_____/

## NOTICE OF HEARING

**YOU ARE HEREBY NOTIFIED** that we will call up for hearing before the **Honorable Lauren Fleischer Louis**, Judge of C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 11TH Floor, Miami, Florida 33128, on **Thursday, October 22, 2020 at 1:00 P.M.** or as soon thereafter as same can be heard, including the following:

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL**

\*Plaintiffs' seek a protective order specifying that Plaintiff, MANUEL RODRIGUEZ, shall not be deposed until Defendant, TARGET CORPORATION, a Foreign Profit Corporation, produces video depicting the subject incident, or an order compelling Defendant to produce the video before the deposition of Plaintiff.

## CERTIFICATES

**SERVICE.** I CERTIFY that a true and correct copy of the foregoing was served on October 12, 2020, upon all counsel on the Service List below via email and/or another means in accordance with the Federal Rules of Procedure.

**COMPLIANCE.** I CERTIFY that I have in good faith conferred with counsel for Defendant by telephone on October 6, 2020, in an effort to resolve this dispute without court action but was

unsuccessful.

                               **GOLDFARB LAW, P.A.**
*Attorney for Plaintiffs*
2800 Ponce de Leon Blvd
Suite 1100
Coral Gables, FL 33134
Ph:  (305) 433-3200
Fax:  (305) 428-2418

By:     S/Michael A. Goldfarb
MICHAEL A. GOLDFARB, ESQ.
Florida Bar No: 102639
Michael@goldfarblaw.com
lauren@goldfarblaw.com

## **SERVICE LIST**

CHARLES P. FLICK, ESQ.
Florida Bar No: 253324
SHAWN Y. LIBMAN, ESQ.
Florida Bar No: 10544
*Attorneys for Target Corporation*
**BOWMAN AND BROOKE, LLP**
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Phone No: 305-995-5600
Fax No: 305-955-6100
Asst: Maria Esteva – Phone No: 305-995-6086
Charles.Flick@bowmanandbrooke.com
Shawn.Libman@bowmanandbrooke.com
Maria.Esteva@bowmanandbrooke.com

ALAN GOLDFARB, ESQ.
Florida Bar No: 146924
**LAW OFFICES OF ALAN GOLDFARB, P.A.**
*Attorney for Plaintiffs*
100 SE 2ND Street
Miami, Florida 33131
Phone: (305) 371-3111
Fax: (305) 577-8375
AGoldfarb@Goldfarbpa.com
Lcuan@Goldfarbpa.com